UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-22799-CIV-LENARD/WHITE

**GREGORY JOSEPH,**

    Petitioner,

vs.

**WALTER A. MCNEIL,**

    Respondent.
_____/

### ORDER ADOPTING REPORT OF MAGISTRATE JUDGE (D.E. 13) AND DISMISSING PETITION FOR WRIT OF HABEAS CORPUS (D.E. 1)

**THIS CAUSE** is before the Court on the Report and Recommendation of Magistrate Judge Patrick A. White ("Report," D.E. 13), issued on August 20, 2009, recommending this Court dismiss Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 ("Petition," D.E. 1), filed on October 7, 2008. As Petitioner initiated post-conviction proceedings in state court after the one-year statute of limitations for filing his habeas petition had expired, the Report recommends the Petition be dismissed as untimely filed pursuant to 28 U.S.C. § 2244(d)(1)-(2).[1] On September 14, 2009, Petitioner filed objections

---

[1] The Report notes that Petitioner's claims, even if timely filed, are meritless and procedurally barred. (Report at 10 n.11.) Petitioner seeks habeas relief on the grounds that: (1) he received ineffective assistance of counsel because trial counsel failed to file a motion to dismiss the indictment on the basis that it was confusing in its use of "and/or"; (2) his pleas of guilty were involuntarily entered because his lawyer disregarded his desire to go to trial and failed to fully research and litigate his case; and (3) the trial court lacked subject matter jurisdiction to enter judgment and sentence him on the offenses of second-degree murder and aggravated child abuse when he was in fact originally indicted on charges of first-degree murder and aggravated child abuse. (See Petition at 7-9, 12-13, 15.)

to the Report ("Objections," D.E. 15).  Although Petitioner concedes his Petition is time barred, he nonetheless objects that the state court's lack of subject matter jurisdiction could not be procedurally barred.  Petitioner's Objections are without merit.  After an independent review of the Report, the Objections, the Petition, and the record, it is hereby **ORDERED AND ADJUDGED** that:

1. Consistent with this Order, the Report and Recommendation of Magistrate Judge Patrick A. White (D.E. 13), issued on August 20, 2009, is **ADOPTED**;

2. Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (D.E. 1), filed on October 7, 2008, is **DISMISSED AS TIME BARRED**;

3. All other pending motions are **DENIED AS MOOT**;

4. This case is now **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 29th day of September, 2009.

*[signature]*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**